Willie F. PARSON, III, Plaintiff—
Appellant,

v.

Cecil LLOYD; A.J. Tomlinson,
Defendants—Appellees.

No. 06–6732.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 21, 2007.

Decided: March 14, 2007.

Willie F. Parson, III, Appellant Pro Se.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Willie F. Parson, III, appeals the district
court's order dismissing his 42 U.S.C.
§ 1983 (2000) complaint under 28 U.S.C.
§ 1915A (b)(1) (2000). We have reviewed
the record and find no reversible error.
Accordingly, we affirm on the reasoning of
the district court. See Parson v. Lloyd,
No. 1:05–cv–01212–LMB (E.D. Va. filed
Feb. 13, 2006 & entered Feb. 14, 2006).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*